# NO. 12-24-00146-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *HESTER M. FRY-LOFTIS (DECEASED), GAIL WALKER, EVA HILL, JACQUELINE HOWARD, AND LINDA PINNOCK,* **APPELLANTS** | § | *APPEAL FROM THE 369TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE COUNTY OF CHEROKEE, TX,* **APPELLEE** | | |
| | § | *CHEROKEE COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellants, Hester M. Fry-Loftis (deceased), Gail Walker, Eva Hill, Jacqueline Howard, and Linda Pinnock, filed a motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered August 7, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 7, 2024**

**NO. 12-24-00146-CV**

**HESTER M. FRY-LOFTIS (DECEASED), GAIL WALKER, EVA HILL, JACQUELINE HOWARD, AND LINDA PINNOCK,**
Appellants
V.
**THE COUNTY OF CHEROKEE, TX,**
Appellee

---

Appeal from the 369th District Court

of Cherokee County, Texas (Tr.Ct.No. 2006-10-0682)

---

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.  Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*